SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
ANTHONY B. LEUIN (Bar #95639)
aleuin@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Intervenors
SIMPSON MANUFACTURING COMPANY,
INC., SIMPSON STRONG-TIE COMPANY, INC.
and HONOLULU WOOD TREATING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 11 1789 SBA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO INTERVENE**<br><br>Judge:    Hon. Saundra Brown Armstrong |
| SIMPSON MANUFACTURING COMPANY, INC., SIMPSON STRONG-TIE COMPANY, INC. and HONOLULU WOOD TREATING LLC,<br><br>Intervenors. | |

- 1 -

| Case No. CV 11 1789 SBA | [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE |
|---|---|

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1   [Proposed] Intervenors Simpson Manufacturing Company, Inc., Simpson Strong-Tie Company, Inc., and Honolulu Wood Treating LLC (collectively, "the Insureds") having filed a Motion for Leave to Intervene As Plaintiffs, no opposition having been filed, the Court having reviewed the moving papers and the pleadings and papers on file herein, the Court now rules as follows:

The Insureds have demonstrated grounds to intervene in this action.  Accordingly, the Court hereby GRANTS the Insureds' Motion for Leave to Intervene As Plaintiffs.  The Insureds are hereby permitted to file their Complaint in Intervention, in the form submitted with the Insureds' moving papers.  The Insureds shall file any opposition to the pending Motion to Dismiss or Transfer filed by defendant Hartford Fire Insurance Company no later than October 4, 2011.

DATED:   September 14, 2011

_____
HON. SAUNDRA BROWN ARMSTRONG

I:\Windows\Desktop\Proposed Order Granting Motion For Leave To Intervene.DOC

- 2 -

Case No. CV 11-1789 SBA

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE