1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FIREMAN'S FUND INSURANCE
COMPANY,

                Plaintiff,

      vs.

HARTFORD FIRE INSURANCE
COMPANY, and DOES 1 through 100,
inclusive,

                Defendants.

Case No:  C 11-1789 SBA

**ORDER**

       Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT Defendant

Hartford Fire Insurance Company shall file a response to the Complaint in Intervention

filed by Simpson Manufacturing Company, Inc., Simpson Strong-Tie Company, Inc. and

Honolulu Wood Treating LLC by no later than December 5, 2011.

       IT IS SO ORDERED.

Dated: October 7, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge