UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No:  C 11-01789 SBA<br><br>**ORDER**<br><br>Dkt. 43 |

　　　Good cause appearing,

　　　IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation, Plaintiffs in Intervention shall have until January 10, 2012 to file a response to the Counterclaim (styled as "Cross-Complaint") filed by Defendant Hartford Fire Insurance Company on November 3, 2011.

　　　IT IS SO ORDERED.

Dated:  December 2, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge