

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

FIREMAN'S FUND INSURANCE COMPANY
　　　　　　　　　Plaintiff (s),
V.
HARTFORD FIRE INSURANCE COMPANY
　　　　　　　　　Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: CV 11-01789 SBA

Notice is hereby given that, subject to approval by the court, __FIREMAN'S FUND INS. CO.__ substitutes
(Party (s) Name)

__JEFFREY A. CHARLSTON__, State Bar No. __65427__ as counsel of record in
(Name of New Attorney)

place of __WILSON & ELLIN, KEITH A. TURNER__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:　　CHARLSTON, REVICH & WOLLITZ
Address:　　　1925 CENTURY PARK EAST, SUITE 1250, LOS ANGELES, CA 90067
Telephone:　　(310) 551-7010　　　Facsimile　(310) 203-9321
E-Mail (Optional):

I consent to the above substitution.
Date: 12-12-12

HARRY BAKSHI
(Signature of Party (s))

I consent to being substituted.
Date: 12-12-12

KEITH A. TURNER
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12-13-12

JEFFREY A. CHARLSTON
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/20/12

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]