

FILED
DEC 20 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

FIREMAN'S FUND INSURANCE COMPANY
    Plaintiff(s),
V.
HARTFORD FIRE INSURANCE COMPANY
    Defendant(s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: CV 11-01789 SBA

Notice is hereby given that, subject to approval by the court, __FIREMAN'S FUND INS. CO.__ substitutes
(Party (s) Name)

__JEFFREY A. CHARLSTON__, State Bar No. __65427__ as counsel of record in
(Name of New Attorney)

place of __WILSON & ELLIN, KEITH A. TURNER__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: CHARLSTON, REVICH & WOLLITZ
    Address: 1925 CENTURY PARK EAST, SUITE 1250, LOS ANGELES, CA 90067
    Telephone: (310) 551-7010    Facsimile (310) 203-9321
    E-Mail (Optional):

I consent to the above substitution.
Date: 12-12-12

HARRY BAKSHI
_/s/ Harry Bakshi_
(Signature of Party (s))

I consent to being substituted.
Date: 12-12-12

KEITH A. TURNER
_/s/ Keith Turner_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12-13-12

JEFFREY A. CHARLSTON
_/s/ Jeffrey Charlston_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/20/12

_/s/_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]