UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No: C 11-1789 SBA<br><br>**ORDER**<br><br>Docket 90 |
| SIMPSON MANUFACTURING COMPANY, INC., SIMPSON STRONG TIE COMPANY, INC. and HONOLULU WOOD TREATING LLC,<br><br>　　　　Intervenors. | |

　　　On September 29, 2014, the parties submitted a joint stipulation requesting an order staying all proceedings in this matter. The parties represent that the underlying state court actions giving rise to the instant insurance coverage action have settled, and that Plaintiff and Defendant have reached an agreement to settle the claims alleged in this action, contingent upon the final resolution of the underlying actions. The parties further represent that settlement of the underlying actions is not expected to be completed and approved before early 2015.

　　　In light of the foregoing,

　　　IT IS HEREBY ORDERED THAT:

　　　1.　The parties' joint stipulation for an order staying all proceedings in this matter is GRANTED. This action is STAYED and ADMINISTRATIVELY CLOSED.

2.      Any party may move to reopen the case at any time by filing a noticed motion.

3.      This Order does not preclude the parties from filing a stipulation for dismissal under Rule 41 of the Federal Rules of Civil Procedure.

4.      The parties shall provide the Court with status reports every three (3) months beginning on January 30, 2015.

5.      This Order terminates Docket 90.

IT IS SO ORDERED.

Dated:   September 29, 2014

SAUNDRA BROWN ARMSTRONG
United States District Judge